United States District Court
Southern District of Texas
**ENTERED**
December 16, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JORGE B BARTOLOMEI, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:16-CV-42 |
| § | |
| LORIE DAVIS[1], § | |
| § | |
| Respondent. § | |

# ORDER

Petitioner Jorge B Bartolomei is an inmate in the Texas Department of Criminal Justice – Correctional Institutions Division (TDCJ-CID), Texas prisoner number 01996597, and is currently incarcerated at the Garza East Unit in Beeville, Texas. He filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on January 11, 2016, claiming that his right to due process was violated in a disciplinary hearing held at the Garza East Unit. Dkt. Nos. 1 and 2. The Court has before it Respondent's motion for summary judgment, Dkt. No. 8, to which Petitioner did not respond, and the Memorandum and Recommendations of the magistrate judge to whom this case was referred pursuant to 28 U.S.C. § 636(b), Dkt. No. 9 ("M&R"). The deadline to file objections to the magistrate judge's proposed findings and recommendations has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting 14-day deadline to file objections); Fed. R. Civ. P. 72(b)(2) (same); *see also* M&R at 10 (advising parties of 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the magistrate judge's proposed findings and recommendations; **GRANTS** Respondent's motion for summary judgment, Dkt. No. 8; **DISMISSES** the petition for a writ of habeas corpus, Dkt. No. 1; and **DENIES** Petitioner a

---

[1] Lorie Davis is the newly appointed Director of the Texas Department of Criminal Justice – Correctional Institutions Division (TDCJ-CID), and is the proper Respondent. The Clerk shall substitute Lorie Davis for William Stephens. Fed. R. Civ. P. 25(d); Rule 2(a); Rules Governing Section 2254 Cases.

certificate of appealability. The Clerk shall close this case after entering the accompanying judgment.

It is so ORDERED.

SIGNED this 16th day of December, 2016.

_____
Hilda Tagle
Senior United States District Judge